**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MARCUS NESBY and**
**RODRIGUES JONES**                                                                                         **PLAINTIFFS**

V.                              CASE NO. 3:10CV00197 JLH/BD

**ZANE BOYD,** *et al.*                                                                                     **DEFENDANTS**

## ORDER

On August 25, 2010, Plaintiff Jones filed a notice with the Court indicating that Plaintiff Nesby is longer incarcerated. (Docket entry #6) Plaintiff Jones provided Plaintiff Nesby's new address. Accordingly, the Clerk of the Court is directed to mail this Order as well as a copy of docket entry #3 to Plaintiff Nesby, 1109 Arkansas Street, Earle, Arkansas 72331, as well as to the Crittenden County Detention Facility. Plaintiff Nesby is reminded of his duty to promptly notify the Court of any change of address and that his failure to do so could result in the dismissal of this action. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 26th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE