IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARCUS NESBY and
RODRIGUES JONES                                                        PLAINTIFFS

V.                        CASE NO. 3:10CV00197 JLH/BD

ZANE BOYD, *et al.*                                                     DEFENDANTS

## ORDER

It appears that Plaintiff Jones is no longer incarcerated in the Crittenden County Detention Facility, as evidenced by mail that was returned to the Court as undeliverable. (Docket entry #13). The Court further notes that Plaintiff Jones has failed to file an Amended Complaint as previously ordered. Plaintiff Jones is directed to file notice of his new address and file his Amended Complaint within thirty (30) days of the date of this Order.

Failure to timely comply with this Order may result in a recommendation that this case be dismissed pursuant to Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas, which requires any party not represented by counsel to promptly notify the Clerk and the other parties of any change in his or her address; to monitor the progress of the case; and to prosecute or defend the action diligently. Further, if any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

IT IS SO ORDERED this 1st day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE