**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MARCUS NESBY and
RODRIGUES JONES**                                                                   **PLAINTIFFS**

v.                        **NO. 3:10CV00197 JLH/BD**

**ZANE BOYD,** *et al.*                                                                 **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff Nesby's claims are DISMISSED without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's orders of August 23, 2010, and August 26, 2010.

IT IS SO ORDERED this 30th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE