**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MARCUS NESBY and
RODRIGUES JONES**                                                              **PLAINTIFFS**

**v.**                                  **NO. 3:10CV00197 JLH/BD**

**ZANE BOYD,** *et al.*                                                        **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered separately today, the claims of Marcus Nesby are

DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE