IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARCUS NESBY
AND RODROGUES JONES                                                     PLAINTIFFS

V.                          No. 3:10CV00197-JLH-BD

ZANE BOYD, *et al.*                                                     DEFENDANTS

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections**:

The following recommended disposition has been sent to United States District Court Chief Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommended Disposition. A copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## II. Background:

On August 18, 2010, Plaintiffs Marcus Nesby and Rodrigues Jones, who were both incarcerated at the Crittenden County Detention Facility at the time, filed this lawsuit under 42 U.S.C. § 1983.  (Docket entry #2) Plaintiff Nesby's claims have since been dismissed under Local Rule 5.5(c)(2) for failure to comply with the Court's Orders of August 23, 2010 and August 26, 2010.

Plaintiff Jones's initial application to proceed *in forma pauperis* was denied by Order of August 23, 2010, as incomplete.  (#3)  In that Order, Plaintiff Jones was ordered to file a complete application and an Amended Complaint to clarify his claims because the original Complaint was too vague to state a claim for relief.

Mr. Jones submitted a complete application and was granted leave to proceed *in forma pauperis* by Order of September 28, 2010.  (#11)   He has not filed an Amended Complaint as directed, however, and the time for doing so has passed.  Mr. Jones was notified that if he did not comply with the Court's Order, his case could be dismissed.

## III. Conclusion:

The Court recommends that Plaintiff Rodrigues Jones's claims be dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with Court orders.

DATED this 1st day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE