IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RODRIGUES JONES**                                                                     **PLAINTIFF**

**V.**                  **No. 3:10CV00197-JLH-BD**

**ZANE BOYD,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint is dismissed without prejudice under Local Rule 5.5(c)(2) for failure to comply with the Court's Orders.

IT IS SO ORDERED this 22nd day of February, 2011.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE