IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RODRIGUES JONES**                                                                                              **PLAINTIFF**

V.                                        No. 3:10CV00197-JLH-BD

**ZANE BOYD,** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of February, 2011.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE